KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant,*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN HERTZ, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>ORACLE AMERICA, INC., a Foreign Corporation,<br><br>             Defendant. | CASE NO.:  2:25-cv-00360-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Oracle America, Inc. ("Defendant") and Plaintiff Brian Hertz ("Plaintiff") hereby requests an extension of time, up to an including April 16, 2025, for Defendant to file its response to Plaintiff's Complaint (ECF. No. 1).  The present deadline for Defendant to files its response is March 17, 2025.  This is the parties' first request for an extension of time for Defendant to file its response.

///

///

///

///

1

1  Defendant respectfully requests this extension in order to have the time to fully research the
2  facts and circumstances underlying this case, to allow the parties time to explore resolution, and not
3  for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties
4  respectfully request a thirty day extension of time up to and including April 16, 2025 for Defendant
5  to file its response to Plaintiff's Complaint.

6  DATED this 12th day of March, 2025.   DATED this 12th day of March, 2025.

7  HKM Employment Attorneys LLP   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

9  */s/ Michael Arata*   */s/ Kathryn C. Newman*
   Michael Arata   Kathryn C. Newman
10 Nevada Bar No. 11902   Nevada Bar No. 13733
11 101 Convention Center Dr., Suite 600   10801 W. Charleston Blvd., Suite 500
   Las Vegas, NV  89109   Las Vegas, NV  89135

   *Attorneys for Plaintiff,*   *Attorneys for Defendant,*
13 *Brian Hertz*   *Oracle America, Inc.*

15                                **ORDER**

16  IT IS SO ORDERED.

17  _____
    DANIEL J. ALBREGTS
18  UNITED STATES MAGISTRATE JUDGE

    DATED: 3/13/2025

2

88579530.v1-OGLETREE