1  KATHRYN C. NEWMAN
   Nevada Bar No. 13733
2  kathryn.newman@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  10801 W. Charleston Blvd., Suite 500
4  Las Vegas, NV 89135
   Telephone: 702.369.6800
5  Fax: 702.369.6888

6  *Attorneys for Defendant,*
   *ORACLE AMERICA, INC.*AttnysFor
7

8                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
9

10 | BRIAN HERTZ, an individual, | CASE NO.: 2:25-cv-00360-APG-DJA |
   |---|---|
11 | Plaintiff, | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATIN OF LOCAL COUNSEL** |
12 | vs. | |
13 | ORACLE AMERICA, INC., a Foreign Corporation, | |
14 | Defendant. | |

15

16    Sara R. Bodner, Petitioner, respectfully represents to the Court:

17    1. That Petitioner is an attorney at law and a member of the law firm of Garnett Powell
18       Maximon Barlow & Farbes with offices at 1125 17th Street, Suite 2200, Denver, Colorado
19       80202, (303) 991-3344, sara.bodner@garnettlegalgroup.com.
20
21    2. The Petitioner has been retained personally or as a member of the law firm by Defendant
22       Oracle America, Inc. to provide legal representation in connection with the above-entitled
23       case now pending before this Court.
24    3. That since December 2, 2021, Petitioner has been and presently is a member in good standing
25       of the bar of the highest Court of the State of Colorado where Petitioner regularly practices
26       law. Petitioner shall attach a certificate form the state bar or from the clerk of the supreme
27
28       court or highest admitting court of each state, territory, or insular possession of the United

1

States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. The Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado Supreme Court | 12/2/2021 | 56930 |
| USDC Colorado | 12/10/2021 | 56930 |
| New York, First Judicial Dept. | 4/22/2019 | 5690003 |
| USDC New York EDNY | 12/16/2019 | 5690003 |
| USDC New York SDNY | 12/10/2019 | 5690003 |
| US Court of Appeals, Fourth Circuit | 10/10/2023 | N/A |

5. That there are or have been no disciplinary proceeding instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceeding, except as described in detail below: None.

6. The Petitioner has never been denied admission to the State Bar of Nevada.

7. The Petitioner is a member of good standing in the following Bar Associations: None.

8. Petitioner has filed applications to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: None.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of the attorneys to the same extent as a member of the State Bar of Nevada.

2

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF COLORADO )
                 )
COUNTY OF DENVER )

Sara R. Bodner, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 18 day of March, 2025.

_____
Notary Public or Clerk of Court

LYDIA GLATT
Notary Public
State of Colorado
Notary ID # 20244001094
My Commission Expires 01-09-2028

3

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Kathryn C. Newman, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned Party appoints Kathryn C. Newman as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party's signature)

Lauren A. Polk, Sr. Corp Counsel
(Print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Kathryn Newman*
Designated Resident Nevada Counsel's signature
Nevada Bar No. 13733
kathryn.newman@ogletree.com

APPROVED:
Dated this 14th day of April, 2025.

_____
UNITED STATE DISTRICT JUDGE

5