KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,*
*ORACLE AMERICA, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HERTZ, an individual, | CASE NO.: 2:25-cv-00360-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |
| vs. | |
| ORACLE AMERICA, INC., a Foreign Corporation, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between Plaintiff Brian Hertz ("Plaintiff") and Defendant Oracle America, Inc. ("Defendant"), by and through their respective counsel below that the above-entitled matter be dismissed with prejudice, with each side bearing their own fees and costs. The parties also request that the Court vacate any upcoming hearings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties understand that this agreement will cancel any orders which have been issued in this case and that the case will be permanently closed.

DATED this 17th day of December, 2025

DATED this 17th day of December, 2025

HKM EMPLOYMENT ATTORNEYS LLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Michael Arata
Michael Arata
Nevada Bar No. 11902
101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

*Attorneys for Plaintiff,
Brian Hertz*

/s/ Kathryn C. Newman
Anthony L. Martin
Nevada Bar No. 8177
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant,
ORACLE AMERICA, INC.*

**ORDER**

**IT IS SO ORDERED.**

DATED: December 18, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2